Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Matthaeus Martino-Weinhardt (Cal. Bar No. 313103)
mweinhardt@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

HANNAH AKMAN, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

BRÜMATE, LLC,

*Defendant*.

Case No. 3:26-cv-09329-WHO

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND BRIEFING SCHEDULE**

Judge: Hon. William H. Orrick
Complaint Filed: September 1, 2026

Plaintiff Hannah Akman ("Plaintiff") and Defendant BrüMate, LLC, ("Defendant," and together with Plaintiff, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, on September 1, 2026, Plaintiff filed her Class Action Complaint (Dkt. 1);

WHEREAS, on September 22, 2026, Defendant was served with the Complaint, Summons, and accompanying case-initiating documents;

WHEREAS, on October 13, 2026, Defendant filed a Motion to Dismiss Plaintiff's Complaint (the "Motion") (Dkt. 11);

WHEREAS, the existing deadlines and scheduled hearing related to the Motion are as follows:

1. October 27, 2026 – Plaintiff's current deadline to file a response to the Motion.
2. November 3, 2026 – Defendant's current deadline to file a reply in support of the Motion.
3. December 2, 2026 – Hearing of the Motion.

WHEREAS, the Parties have met, conferred, and agreed to propose to the Court an extension of the briefing schedule on Defendant's Motion to give both Parties sufficient time to fully brief the issues.

NOW THEREFORE, the Parties hereby stipulate and agree to an extension of the above deadlines as follows:

1. November 12, 2026 – Plaintiff's deadline to file a response to the Motion.
2. December 7, 2026 – Defendant's deadline to file a reply in support of the Motion.
3. December 16, 2026 – Hearing of the Motion.

**IT IS SO STIPULATED.**

Dated: October 16, 2026

Respectfully submitted,

By: *<u>/s/ Matthaeus Martino-Weinhardt</u>*

Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas Jacobson (Cal. Bar No. 269912)

jonas@dovel.com
Matthaeus Martino-Weinhardt (Cal. Bar No. 313103)
mweinhardt@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

Dated: October 16, 2026

By: *<u>/s/ Cary D. Sullivan (with permission)</u>*

JONES DAY
Darren K. Cottriel, Bar No. 184731
dcottriel@jonesday.com
Cary D. Sullivan, Bar No. 228527
carysullivan@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, California 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

*Attorneys for Defendant*
*BRÜMATE, LLC*

**ATTESTATION**

I, Matthaeus Martino-Weinhardt, attest that concurrence in the filing of the document has been obtained from Defendant's counsel, and that Defendant's counsel agreed to this stipulated extension.

Dated: October 16, 2026

By: *<u>/s/ Matthaeus Martino-Weinhardt</u>*
Matthaeus Martino-Weinhardt

**~~[PROPOSED]~~ ORDER**

The Court, having reviewed the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation **as modified** and orders the following briefing schedule:

| Case Event | Deadline |
|---|---|
| Plaintiff's deadline to file a response to the Motion. | November 12, 2026 |
| Defendant's deadline to file a reply in support of the Motion. | December 7, 2026 |
| Hearing of the Motion | **January 6, 2027 at 2:00pm** |

**PURSUANT TO STIPULATION as modified, IT IS SO ORDERED.**

Dated: October 19, 2026

Hon. William H. Orrick